Hamburger Company, Appellee, v. L. J. Mayer, Appellant.

Gen. No. 43,228.

opinion filed February 14, 1945; released for publication March 5, 1945. Alexander J. Ross, for appellant; Ader & Ader and Zeamore A. Ader, for appellee; Zeamore A. Ader, of counsel. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.